| | Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 1. | Acosta, Angel | 7/10/2000 | Texas | United States District Court for the Western District of Texas | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Armijo, George | 3/22/1980 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Armstrong, Joseph | 4/27/1978 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Avila, Pamela o/b/o Avila, Michael | 6/4/1947 | California | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 5. | Aviles, Gina | 4/4/1969 | Washington | United States District Court for the Northern District of California | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Bacon, Angela | 2/22/1971 | Georgia | United States District Court for the Southern District of Georgia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Barker, Daniel | 2/21/1955 | Texas | United States District Court for the Western District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 8. | Barnette, George | 12/14/1969 | North Carolina | United States District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 9. | Beeton, Doris | 1/1/1954 | Maine | United States District Court for the District of Maine | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 10. | Bieser, Daniel | 10/31/1970 | California | United States District Court for the Central District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Black, Austin o/b/o Black, Barry | 7/9/1972 | West Virginia | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XI, XII |
| 12. | Blackwell, Carmella | 7/5/1963 | Pennsylvania | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Blanchard, Keith | 2/7/1968 | Florida | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Bowen, Dean | 3/29/1985 | Kentucky | United States District Court for the Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Bowles, Dana | 2/24/1972 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 16. | Bowman, Tracy | 11/20/1965 | West Virginia | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 17. | Boyle, Michael | 12/10/1949 | Texas | United States District Court for the Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Brodeur, Carol | 5/17/1944 | Florida | United States District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 19. | Broshears, Curtis | 11/20/1970 | Indiana | United States District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 20. | Brown, Kathryn | 5/19/1966 | New York | United States District Court for the Northern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 21. | Bruce, Andrew | 11/6/1958 | Delaware | United States District Court for the District of Delaware | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 22. | Byers, Ellen | 4/23/1976 | Arizona | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | Clark, Kathy | 3/6/1964 | Pennsylvania | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 24. | Clifton, Loretta | 6/23/1960 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 25. | Conlay, Nina o/b/o Showers, Rodney | 5/25/1968 | Michigan | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 26. | Cortes, Jaime | 5/3/1969 | Delaware | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 27. | Croom, Michael | 12/31/1967 | New Jersey | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 28. | Davis, April | 4/25/1974 | Tennessee | United States District Court for the Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 29. | Davis, Lee | 11/22/1958 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 30. | Diaz, Rose | 8/22/1966 | Maryland | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 31. | Faigin, Steven | 1/18/1947 | Florida | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Fehrle, Simona | 6/22/1964 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Flory, Paul | 4/30/1975 | Tennessee | United States District Court for the Middle District of Tennessee | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 34. | Fluker, Shirley | 6/12/1950 | Alabama | United States District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 35. | Fuentes, Eddie | 8/9/1968 | California | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Furs, Mildred | 10/9/1949 | Florida | United States District Court for the District of Connecticut | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 37. | Garza, Luis | 3/21/1968 | Arkansas | United States District Court for the Eastern District of Arkansas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 38. | Glatt, Sally | 11/23/1953 | California | United States District Court for the Western District of Washington | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 39. | Griggs, Joe | 1/23/1953 | Tennessee | United States District Court for the Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 40. | Haddock, Kevin | 8/23/1977 | Oklahoma | United States District Court for the Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Hamad, Fadi | 5/20/1976 | California | United States District Court for the Central District of California | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 42. | Harris, Jamie | 9/20/1976 | Louisiana | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Harshfield, Gwen | 9/14/1949 | Indiana | United States District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 44. | Hathaway, Reginald | 3/29/1947 | California | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Haynes, Kelly | 11/15/1968 | Florida | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 46. | Henderson, Christopher | 7/31/1979 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Hernandez, Diego | 5/12/1987 | Ohio | United States District Court for the Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Hickle, Fred | 1/1/1948 | Iowa | United States District Court for the Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 49. | Hill, Amy o/b/o Hill, Marvin | 10/14/1971 | Tennessee | United States District Court for the Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| # | Name | DOB | State | Court | | | | Cancer | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 50. | Hilyard, Linda | 1/14/1949 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 51. | Jessee, Cynthia | 11/20/1972 | Tennessee | United States District Court for the Northern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 52. | Johansen, Jeffrey | 1/29/1961 | North Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 53. | Johnson, Beverly | 4/23/1955 | Tennessee | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 54. | Johnson, Eric | 11/25/1970 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 55. | Johnson-Polk, Shaleeta | 6/5/1969 | Texas | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 56. | Kidd, Cody | 5/7/1987 | North Carolina | United States District Court for the Western District of North Carolina | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 57. | Klonoski, Thomas | 4/28/1962 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 58. | Kmiecik, Gary | 4/22/1955 | Wisconsin | United States District Court for the Western District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 59. | Kurt, Remona | 5/21/1957 | Texas | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 60. | Lang, Jeraldene o/b/o Lang, Leland | 5/14/1939 | California | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XI, XII |
| 61. | Lauharn, Robert | 1/6/1978 | Ohio | United States District Court for the Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 62. | Lawrow, Stephen | 8/4/1957 | New York | United States District Court for the Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 63. | Lehr, Troy | 7/19/1972 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Lesueur, Charles | 2/22/1961 | Washington | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 65. | Looney, Stephanie | 4/1/1971 | New York | United States District Court for the Western District of Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 66. | Ludwig, James | 4/28/1971 | California | United States District Court for the Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 67. | MacNaughton, Carl | 3/18/1956 | New York | United States District Court for the Western District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 68. | Mayabb, Seth o/b/o Mayabb, Gary | 12/13/1952 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XI, XII |
| 69. | McAdoo, Robert | 11/8/1945 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 70. | McPherson, Suzanne | 8/27/1958 | Illinois | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 71. | Moore, Danny | 12/15/1956 | Ohio | United States District Court for the Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 72. | Morton, Thomas | 7/5/1970 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 73. | Nye, Jeffrey | 3/7/1970 | Massachusetts | United States District Court for the District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 74. | Ondrusek Gammel, Michele | 11/19/1962 | Texas | United States District Court for the Western District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 75. | Orihuela Baez, Jasmine | 11/6/1976 | Florida | United States District Court for the Southern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Osborne, Wesley o/b/o Sides, Dianne | 12/6/1950 | Alabama | United States District Court for the Middle District of Alabama | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XI, XII |
| 77. | Pegram, Pamela o/b/o Pegram, Wallace | 6/4/1946 | California | United States District Court for the Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 78. | Pelkey, Coralie | 6/11/1948 | Massachusetts | United States District Court for the District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 79. | Porter, Brenda o/b/o Porter, Millard | 8/2/1935 | South Carolina | United States District Court for the Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 80. | Poteat, Mary | 3/6/1971 | Maryland | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 81. | Potts, Belinda | 4/17/1955 | Florida | United States District Court for the District of Nevada | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 82. | Prince, Carl | 6/8/1941 | Montana | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 83. | Puerto, Juan | 6/30/1948 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 84. | Rasnick, Barbara | 9/14/1954 | Tennessee | United States District Court for the Eastern District of Tennessee | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 85. | Reseigne, Yolanda | 1/18/1964 | North Carolina | United States District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 86. | Richardson, Jack o/b/o Richardson, Diana | 9/2/1954 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XI, XII |
| 87. | Riddle, Daniel | 6/13/1984 | Massachusetts | United States District Court for the District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 88. | Riley, Sharon | 3/24/1962 | Delaware | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 89. | Rogers, Shirley o/b/o Rushton, Edwin | 3/29/1962 | Iowa | United States District Court for the Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 90. | Rolen, Kenneth | 9/1/1963 | Oklahoma | United States District Court for the Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 91. | Ross, Sheldon | 5/27/1951 | Florida | United States District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 92. | Rouse, Ralph | 11/25/1984 | Missouri | United States District Court for the Western District of Missouri | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 93. | Rowland, Charles | 9/9/1961 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 94. | Rucker, Wayne | 10/6/1962 | Pennsylvania | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 95. | Scates, Angelia | 10/1/1973 | Tennessee | United States District Court for the Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 96. | Scott, Brian | 1/22/1959 | Massachusetts | United States District Court for the District of Connecticut | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 97. | Scott, Broderick | 8/15/1973 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 98. | Shaw, Geraldine | 6/4/1955 | Alabama | United States District Court for the Western District of New York | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 99. | Shields, Makiea | 6/1/1968 | New Jersey | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 100. | Simmons, Hosea | 2/8/1961 | Texas | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 101. | Simmons, Karen | 7/10/1965 | Texas | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 102. | Smith Jr., William | 7/13/1947 | Ohio | United States District Court for the Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 103. | Smith, Kris | 10/28/1973 | Tennessee | United States District Court for the Northern District of New York | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 104. | Stamper, Kira | 3/3/1975 | Oklahoma | United States District Court for the Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 105. | Steele, Laurin | 12/21/1949 | New York | United States District Court for the Northern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 106. | Tardiff, Cathy o/b/o Tardiff, Timothy | 10/17/1954 | Maine | United States District Court for the District of Maine | No | Yes | No | Kidney Cancer; Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 107. | Taylor, Sarah | 3/21/1962 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 108. | Thomson, Sean | 11/30/1988 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 109. | Ulmer, Cynthia | 12/31/1946 | Florida | United States District Court for the Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 110. | Valentine, Michele o/b/o Valentine, Anthony | 4/1/1957 | New York | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 111. | Vandyke, Allen | 4/17/1955 | Oregon | United States District Court for the District of Oregon | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 112. | Waller, Terry | 3/25/1945 | Alabama | United States District Court for the Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 113. | Walsh, Francis | 8/22/1941 | New Jersey | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 114. | Watson, Eric | 5/25/1971 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 115. | Woodard, Edward | 6/13/1968 | North Dakota | United States District Court for the District of Vermont | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 116. | Worlow, Michael | 9/14/1972 | Virginia | United States District Court for the Central District of Illinois | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 117. | Yates, Elena o/b/o Yates, Jimmy | 4/18/1951 | Virginia | United States District Court for the Western District of Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 118. | Zaccaria, Gerald | 9/12/1953 | Pennsylvania | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |